UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION
Case No. 4:09-cv-10017-JLK

OLGA SUAREZ
    Plaintiff

v.

FIDELITY NATIONAL PROPERTY & CASUALTY
INSURANCE COMPANY
    Defendant

## ORDER

This cause has come before the Court upon the application of Kim Tran Britt, counsel for Fidelity National Property and Casualty Insurance Company, for permission to appear and participate *pro hac vice* in the above-styled case. Having reviewed the record and being fully advised, it is

**ORDERED and ADJUDGED** that said Motion be, and the same is hereby GRANTED. The Clerk shall add ktran@nielsenlawfirm.com, the e-mail address of Fidelity's national counsel, to the CM/ECF service list.

**DONE AND ORDERED** in Chambers at the United States District court in Miami, Florida, this 29th day of June, 2009.

-4-

Case No. 4:09-cv-10017-JLK

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David Bierman, Esq.
J. Michael Pennekamp, Esq.

-5-