UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

OLGA SUAREZ,

    Plaintiff,

v.

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.

CASE NO. 4:09-cv-10017-JLK

**RULE 41(a) STIPULATION FOR DISMISSAL WITH PREJUDICE**

    NOW INTO COURT come the Plaintiff, OLGA SUAREZ, and Defendant, FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY, who each and all do hereby stipulate and agree that all claims in the above-referenced cause are hereby dismissed with prejudice with each party hereto to bear its own costs and attorneys' fees.

    The said parties pray that this Court issue an Order dismissing this case with each party to bear its own costs and attorneys' fees.

Dated this 15th day of June, 2010.

| | |
|---|---|
| s/ David Bierman | s/ J. Michael Pennekamp |
| David Bierman | J. Michael Pennekamp |
| Fla. Bar No. 0020720 | Fla. Bar No. 983454 |
| Law Office of Russel Lazega, P.A. | FOWLER WHITE BURNETT P.A. |
| 13499 Biscayne Blvd, Suite 107 | Espirito Santo Plaza |
| North Miami, FL  33181 | 1395 Brickell Avenue, 14th Floor |
| Telephone: (305) 981-9055 | Miami, Florida 33131-3302 |
| Facsimile:(305) 981-9053 | Telephone: (305) 789-9200 |
| E-mail: dabier@bellsouth.net | Facsimile: (305) 789-9201 |
| *Counsel for Olga Suarez* | E-mail: jmp@fowler-white.com |
| | *Local Counsel for Fidelity National Property & Casualty Insurance Company* |

-2-

CASE NO. 4:09-cv-10017-JLK

## CERTIFICATE OF SERVICE

  I hereby certify that on June 15, 2010, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              s/ J. Michael Pennekamp
              J. Michael Pennekamp

## SERVICE LIST
Suarez vs. Fidelity
CASE NO. 4:09-cv-10017-JLK

David Bierman, Esq.
Law Office of Russel Lazega, P.A.
13499 Biscayne Blvd, Suite 107
North Miami, FL 33181
Email:dabier@bellsouth.net
Telephone: (305) 981-9055
Facsimile: (305) 981-9053
Attorney for OLGA SUAREZ
Service via transmission of Notices of
Electronic Filing generated by CM/ECF