UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION
CASE NO. 4:09-cv-10017-JLK

OLGA SUAREZ,

    Plaintiff,

v.

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Rule 41(a) Stipulation for Dismissal presented by the parties;

IT IS ORDERED that the above referenced cause is hereby dismissed with prejudice with each party bearing its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at the United States District Court in Miami, Florida, this_____day of June, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record